IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:17-CR-00640-MGL-5 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER DAUGHERTY | ) | |

### UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States hereby moves, under Federal Rule of Civil Procedure 56(a), for summary judgment regarding Christopher Daugherty's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  For the reasons set forth in the accompanying Memorandum in Support of Summary Judgment, judgment in favor of the United States is appropriate.

Accordingly, based on the arguments and legal authority included in the supporting memorandum, the United States respectfully requests that Daugherty's federal habeas motion be rejected, and judgment be entered in favor of the United States.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

/s/Benjamin N. Garner
Benjamin N. Garner (Fed. ID # 11477)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3063
Fax (803) 254-2912
Email: Benjamin.Garner@usdoj.gov

May 1, 2023